Original

ROSS, J.

**CV 07 2672**

1st page

BLOOM, M.J.
RECEIVED
JUN 27 2007
PRO SE OFFICE

June 27th 07
Richard Richardson
1416 Brooklyn avenue
Brooklyn new York
apt #1A   11210
Phone #(718) 282-5565

## Complaint

I Richard Richardson HEREby Ask The United States District Court Eastern District of Brooklyn newYork to hear my complaint and accept my complaint agaINts NYC, LIRR Police Station Penn station command District #4 agaINst it's midnite and odd TOUR all John DOE'S and it's Tour command John DOE'S who all involed with my complaint was all "White" male John Doe's officer. except two I name officer Smith shield unknow and officer Fuenes TAX ID 086729 SQuad 07B angency neve MTTAX003083 who issues the Summons # 4217356225 at approximately 0630 Am for Disorderly Conduct (Boiskrow) - Court Date 8/28/07 on June 26th 07 at approximately 0500 Am I arrival at the penn station and use the restroom and watch the Crowd of people who was going on Vacation by Amtrak train for 10min

Page #2

After the 10 mins. watch I Richard then walk over to the Hudson news stand #34B brought an orange soda ask clerk (Mumtaz) who was an India woman age approximately late 60's and she said $1.99 I gave her two singer bills and said I dont need an receipt and to keep the penny change. left hudson news stand walk 3 doors down to the right to an place call Delicatessen for an bagle. At the Delicatessen I came in with soda in my hand which was not in an bag and my red bookcase I notice all the workers behide the counter was all latino males after a 5mins wait one clerk ask me could he help me I said yes I would like an plain bagle he the clerk turn around reach for an bagle from the basket and said something to me. I didn't hear what he said so I said excuss me to him and he said in a nasty way just wait. So I said I'll go to another bagle shop. As I was about to walk out clerk told me to paid for the soda. I said to him I came in with it and start to walk out when he told an police officer who officer

Page #3

Amtrak was right next to the Delicatessen shop. The officer name unknow had an blue shirt with J.R. on it said hey to me as I was walking back to the news stand to ask the clerk if she could come and prove I paid for the soad. As I stop as officer said I told him I paid for the soad he could find out if we walk Just two doors door but he refuse held me in the same spot for 10 mins of if I paid for the soad or not with the latino clerk and then all of an sudden the clerk told the officer I came in with it. I left and went on the other side of Penn Station to Hot Crusty deli for an basle. When my turn came for to order I ask for an Plain basle. at this point I help myself to an basle form basket. and gave the clerk who was an african male. took my dollar and then said paid for the soda. I told him I came in with it. Walk out made an right turn to go back to other side to eat my basle and drink my soda. As I was in front of the MTA LIRR Police District H Station the hot crusty clerk grab

my left arm and try to take the soda from my hand. I then broke free the grab he the clerk push up on me with his body. I felt treated and got into a combat stence to sweep him off his feet at that time the John Doe's officers who I name ask both of us what's the trouble the clerk told the commander officer I stole the soda I respone and said I did not and told the command officer where I brough the soda from and we should walk over there. Instead he told clerk to leave ask me for ID and ask where I from and live I said I from brooklyn and live in penn station and trains untill I find some where to live he step away and to more offer came over to me. One was a newyorker who I would never forget told me turn around put the cuff one and then all the officer escorted me inside District #1 command we went to the holding area once inside the officer who cuff me tighter the cuff on my right waist I said what your doing the cuff to tight. At this point

page 5

and with force he slam me into the mess was holding pen. Stirring searching me and ask do I have any weapons I said I don't carry weapons and the he unlock the cuff told me to sit down on the bench, put cuff back on and force tight it against now I Richard cuff to the bench and every second an unknown officer came into holding area to take a look at me. after an half hour detain the unknow tour command a big tall big white guy ask me did I every been to the hospital. I said no he said I'm going to let you go with an summons. after given summons I was let go. and an officer Smith said to me he glad I didn't hit and drop sweep the clerk because I then would been arrested. So I ask court to hear my complaint against NYC and it NYC MTA LIRR police for Section 42 USC 1983 violations of civil laws my rights, discrimination religion, harass, detain without cause and to investigate facts. So I hereby ask court to hear and award me $1,000,000.00 dollars in numbers and words one million dollars for - detain, harass, profile

Respectfully Submitted
on JUNE 27TH 07

Richard Richardson