UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

Richard Richardson,

                          Plaintiff,

       -against-

New York City; New York City LIRR Police Command
District #4; All John Doe Officers; John Doe Tour
Command; Officer Fuenes, Tax ID 086729; and Officer
Smith

                          Defendant.

------------------------------------------------------------------- x

**ANSWER**

07 CV 7198 (LAK) (MHD)

Demand Jury Trial

THE CITY OF NEW YORK, by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its answer to the complaint, respectfully alleges, upon information and belief, as follows:[1]

1. Deny the allegations set forth in paragraph "1" of the complaint, except admit that plaintiff purports to proceed as stated therein and deny knowledge or information sufficient to form a belief as to the truth of the allegations concerning the unidentified officers.[2]

2. Deny the allegations set forth in paragraph "2" of the complaint, except admit that plaintiff purports to name Officer Smith and Officer Fuenes as individual defendants as stated therein and deny knowledge or information sufficient to form a belief as to the truth of

---

[1] Although a check of the docket sheet indicates that "Lt. Rios" accepted service on behalf of "Officer Smith" and "Officer Fuenes," they have not requested representation from this office and despite this office's diligent efforts, we have not been able to confirm that either officer is employed by the New York City Police Department.

[2] In order to facilitate its answer, defendant City numbered the paragraphs of the complaint. Annexed hereto for the Court's convenience is a copy of the complaint with the numbered paragraphs that correspond to defendant City's answer.

the allegations concerning summons #4217356225 and court dates on June 26, 2007 and August 28, 2007.

    3.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "3" of the complaint.

    4.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "4" of the complaint.

    5.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "5" of the complaint.

    6.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "6" of the complaint.

    7.    Deny the allegations set forth in paragraph "7" of the complaint.

    8.    Deny the allegations set forth in paragraph "8" of the complaint.

    9.    Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "9" of the complaint.

    10.    Deny the allegations set forth in paragraph "10" of the complaint except admit that plaintiff purports to proceed and seek relief as stated therein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

11. The complaint fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

12. Defendant City has not violated any rights, privileges or immunities secured to plaintiff by the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has defendant violated any act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

13. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct and/or the intervening conduct of third parties, and was not the proximate result of any act of defendant City.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

14. Plaintiff's claims may be barred, in whole or in part, because plaintiff failed to comply with conditions precedent to suit.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

15. Plaintiff's claims may be barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel and/or Heck v. Humphrey.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

16. The actions of any police officers involved were justified by probable cause and/or reasonable suspicion.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

17. Plaintiff provoked any incident.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

18. At all times relevant to the acts alleged in the complaint, the duties and functions of the defendant City's officials entailed the reasonable excuse of proper and lawful discretion. Therefore, defendant City is entitled to governmental immunity from liability.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

19. Punitive damages cannot be asserted against the City of New York.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

20. To the extent that the complaint alleges any claims arising under the laws of the State of New York, plaintiff failed to comply with New York General Municipal Law §50-e or §50-i and accordingly, such claims are barred.

**WHEREFORE,** the City of New York requests judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
        October 29, 2007

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendants City of New York,
                                100 Church Street, Rm. 3-221
                                New York, New York 10007
                                (212) 442-8600

                        By:     _____
                                Sabrina Tann (ST 2552)
                                Assistant Corporation Counsel
                                Special Federal Litigation

TO:     BY FIRST CLASS MAIL
        Richard Richardson
        Plaintiff *Pro Se*
        1416 Brooklyn Avenue, #1A
        Brooklyn, New York, 11210

Index No. 07 CV 7198 (LAK) (MHD)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Richard Richardson,

         Plaintiff,

      -against-

New York City; New York City LIRR Police Command District #4; All John Doe Officers; John Doe Tour Command; Officer Fuenes, Tax ID 086729; and Officer Smith

         Defendant.

---

**ANSWER**

---

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
 *Attorney for Defendants City of New York*
 *and Raymond Kelly*
 *100 Church Street*
 *New York, N.Y. 10007*

 *Of Counsel: Sabrina Tann*
 *Tel: (212) 442-8600*
 *NYCLIS No. 2007-027498*

---

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................, 200......*

*............................................................................. Esq.*

*Attorney for ...........................................................................*

JUDGE KAPLAN / **07 CIV 7198** Original
ROSS. J. **07 2672**

RECEIVED AUG 03 2007 PRO SE OFFICE
RECEIVED JUN 2 7 2007 PRO SE OFFICE

1st PAGE

June 27th 07
Richard Richardson
1416 Brooklyn Avenue
Brooklyn New York
apt #1A   11210
Phone # (718) 282-5565

FILED 2007 AUG 13 AM 11:38 U.S. DISTRICT COURT E.D.N.Y. BROOKLYN OFFICE

## Complaint

1  I Richard Richardson HEREBY Ask The United States District Court Eastern District of New York to hear my complaint and accept my complaint againts NYC, LIRR POLICE Station Penn Station Command District #4 against it's midnite and odd TOUR all John DOE'S and it's TOUR Command John DOES who all involed with my complaint was all "White" male John Doe's Officer - except two

2  I name Officer Smith Shield unkown and Officer Fuenes TAX ID 086729 Squad 07B angency nevc MTAX003083 who issues the Summons # 4217356225 at approximately 0630 Am for Disordely Conduct (Boiskrow). Court Date 8/28/07

3  on June 26th 07 at approximately 0500 AM I arrival at the penn station and use the restroom and watch the crowd of people who was going on Vactavion by Amtrak Train for 10min



Page #2

4

After the 10mins watch I Richard then walk over to the Hudson news stand #34B brought an orange soda ask clerk (Mumtaz) who was an India woman age approximity late 60's and she said $1.99 I gave her two singer bills and said I don't need an recipt and to keep the penny change. left hudson news stand walk 3 Doors Down to the right to an place call Delicatessen for an bagle. at the Delicatessen I came in with soda in my hand which was not in an bag and my red bookcase I noticed all the wokER'S behide the counter was all latino males after a 5mins wait one clerk ask me could he help me I said yes I would like an plan bagle he the clerk turn around reach for an bagle from the basket and said Something to me. I didn't hear what he said so I said excuss me to him and he said in a nasty way Just wait. So I said I'll go to another bagle shop. As I was about to walk out clerk told me to paid for the soda. I said to him I came in with it and start to walk out when he told an police officer who officer

Page #3

5

Amtrak was right next to the Delicatessen Shop. The officer name unknow had an blue shirt with I.R. on it said hey to me as I was walking back to the news stand to ask the clerk if she could come and prove I paid for the soad. As I stop as officer said I told him I paid for the soad he could find out if we walk just two doors down but he refuse held me in the same spot for 10 mins of if I paid for the soad or not with the latino clerk and then all of an sudden the clerk told the officer I came in with it. I left and went on the other side of Penn Station to Hot Crusty deli for an basle. When my turn came for to order I ask for an plain basle. At this point I help myself to an base form basket, and gave the clerk who was an africa male - took my dollar and then said paid for the soda. I told him I came in with it walk out made an right turn to go back to other side to eat my basle and drink my soda - as I was in front of the MTA LIRR Police District H Station the hot crusty clerk grab

PAGE # 4

6) my left arm and try to take the soda from my hand. I then broke free the grab he the clerk push up on me with his body. I felt treated and got in to a combat stence to sweep him off his feet at that time the John Doe's officers who I name ask both of us whats the promble the clerk told the commander officer I stole the soda I respone and said I did not and told the command officer where I brought the soda from and we should walk over there. Instead he told clerk to leave ask me for ID and ask where I from and I said I from brooklyn and live in penn station and trains untill I find some where to live he step away and to more officer came over to me. One was a new jack who I would never forget told me turn around put the cuff one and then all

7) the officer escorted me inside District #4 command we went to the holding area once inside the officer who cuff me tighter the cuff on my Right waist I said what your doing the cuff to tight. at this point

Page 13

8. and with force he slam me into the mess wire holding pen. Stripping searching me and ask do I have any weapons I said I don't carry weapons and then he unlock the cuff told me to sit down on the bench. put cuff back on and force tight it against

9. now I Richard cuff to the bench and every second an unknown officer came into holding area to take a look at me. After an half hour detain the unknown tour command a big tall big white guy ask me did I ever been to the hospital. I said no he said I'm going to let you go with an summons. After giving summons I was let go. and an officer Smith said to me he glad I didn't hit and drop sweep the Clerk because I then would been arrested. So I ask

10. court to hear my complaint against NYC and if NYC MTA LIRR Police for Section 42 USC 1983 violation of civil laws my rights. discrimination religion, harass, detain without cause and to investigate facts. So I hereby ask court to hear and award me $1,000,000.00 dollar in numbers and words one million dollars for - detain, harass, profile

Respectfully Submitted
on June 27th 07

Richard Richardson

Page 6