UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RICHARD RICHARDSON,

                Plaintiff,

       -against-

NEW YORK CITY; NEW YORK CITY
LIRR POLICE COMMAND DISTRICT #4;
ALL JOHN DOE OFFICERS; JOHN DOE
TOUR COMMAND; OFFICER FUENES,
TAXID 086729; AND OFFICER
SGT. SMITH;

                Defendants.

---------------------------------------------------------X

**INITIAL DISCOVERY
SRCP 26 (a)(1)
STATEMENT**
07-CIV-7198 (LAK) (MHD)

        Defendants, LIRR, MTA/LIRR POLICE DEPARTMENT, MTA POLICE OFFICER FUENES AND MTA POLICE OFFICER SGT. SMITH, by their attorneys, LEWIS JOHS AVALLONE AVILES, LLP., as and for their Initial Discovery pursuant to Federal Rules of Civil Procedure §26(a)(1) state as follows:

    (A)    <u>Witnesses</u>.  Raymond L. Fuentes, MTA Parole Officer, MTA Police Department, Penn Station, New York.  Officer Fuentes will testify concerning his knowledge of the incident of June 26, 2007.  Canala Katililu, Manager of Hot & Crusty in Penn Station who was the complainant/witness for the incident of June 26, 2007.

    (B)    <u>Documents.</u>  Attached hereto as Exhibit "A" is the MTA Police Department Incident Report, dated June 26, 2007, Case number 07-8843.

  (C) <u>Damages Computation</u>. Not applicable to defendants.

  (D) <u>Insurance</u>. All answering defendants herein are self-insured via the Metropolitan Transportation Authority and the Long Island Rail Road.

Dated: Riverhead, New York
   November 21, 2007

              LEWIS JOHS AVALLONE AVILES, LLP
              Attorneys for Defendants
              NEW YORK CITY LIRR POLICE COMMAND
              DISTRICT #4, ALL JOHN DOE OFFICERS, JOHN
              DOE TOUR COMMAND, OFFICER FUENES,
              TAX ID 086729, AND OFFICER SGT. SMITH
              21 East Second Street
              Riverhead, New York 11901
              631.369.7600

              By: _____
                Edward G. Lukoski (EL-7845)

TO:
Richard Richardson
1416 Brooklyn Avenue
Apt. 1A
Brooklyn, New York 11210
718.282.3365

Sabrina Tann, Esq./Katherine Smith, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007

Exhibit A

# Incident Report
# M.T.A. POLICE DEPARTMENT

07-8843  Supplement No ORIG

## LAW ENFORCEMENT-GENERAL 1: PO FUENTES

| Involvement | Seq | Type |
|---|---|---|
| LAW ENFORCEMENT-GENERAL | 1 | LAW ENFORCEMENT OFFICER IN LINE OF DUTY |

Name: PO FUENTES

| Type | ID No |
|---|---|
| PD SHIELD | 2324 |

| Employer/School | Position/Grade |
|---|---|
| MTA PD | OFFICER |

## SUMMONS-DEFENDANT 1: RICHARDSON, RICHARD

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| SUMMONS-DEFENDANT | 1 | INDIVIDUAL | RICHARDSON, RICHARD | 384148 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | Arr Res Status | OFN_INVL |
|---|---|---|---|---|---|---|---|---|---|
| BLACK | MALE | 03/20/1956 | 51 | UNKNOWN | No | 5'10" | 190# | UNKNOWN | 1 |

Offender Cond: APPARENTLY NORMAL

| Type | Address | City |
|---|---|---|
| HOME ADDRESS | 535 JEROME ST 1F | BROOKLYN |

| State | ZIP Code |
|---|---|
| NEW YORK | 11207 |

| Type | ID No |
|---|---|
| OPERATOR LICENSE/STATE ID CARD | 492 919 026 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Status |
|---|---|---|---|---|
| CRIMINAL SUMMONS | COURT SUMMONS | 06/26/2007 | 06:19:00 | APPEARANCE TICKET |

| Arrest Location | Armed |
|---|---|
| 25 PENN STA | NONE/NOT APPLICABLE |

| Charge | Charge Literal | A/C |
|---|---|---|
| NY PL 240.20 02 OVO | DIS/CON: UNREASONABLE | C |

Warrant No/Summons No: 421735622-5

## VICTIM/COMPLAINANT 1: PSNY

| Involvement | Seq | Type | Name |
|---|---|---|---|
| VICTIM/COMPLAINANT | 1 | SOCIETY/PUBLIC/PSNY | PSNY |

MNI: 384149

### IBRS Info

| Victim Seq | Offense Codes |
|---|---|
| 1 | 1 |

## WITNESS 1: CANARA, KATILILU

| Involvement | Seq | Type | Name | MNI |
|---|---|---|---|---|
| WITNESS | 1 | INDIVIDUAL | CANARA, KATILILU | 384150 |

| Employer/School | Position/Grade |
|---|---|
| HOT AND CRUSTY | MANAGER |

### Modus Operandi

Premise Type: STATION/TERMINAL/LINE STATION

### Narrative

On June 26, 2007 at 0619 hours the manager of hot crusty Canala Katililu notified PO Fuentes on 4K02 that a male subject was acting in a disorderly manner. PO Fuentes brought the subject into the district for further investigation and issued him a dis-con summons returnable to Manhattan criminal court on Aug. 29, 2007. The subject then departed the station without further incident.

| Report Officer | Printed At | |
|---|---|---|
| F86429/FUENTES, RAYMOND L | 09/27/2007 08:06 | Page 2 of 2 |

Supervisor Signature:

# Incident Report
# M.T.A. POLICE DEPARTMENT

07-8843  Supplement No ORIG

345 MADISON AVENUE

9TH FLOOR

Reported Date
06/26/2007

Nature of Call
DISCOV

Officer
FUENTES, RAYMOND L

(212) 878-1000

## Administrative Information

| Agency | Case No | Supplement No | Reported Date | Reported Time | CAD Call No |
|---|---|---|---|---|---|
| M.T.A. POLICE DEPARTMENT | 07-8843 | ORIG | 06/26/2007 | 06:36 | 071770086 |

| Status | Nature of Call |
|---|---|
| SUMMONS ISSUED | DISORD CONDUCT-V (NY ONLY) |

| Location | City | Rep Dist | County |
|---|---|---|---|
| 25 PENN STATION | MANHATTAN | MPST02 | MANHATTAN |

| Beat | From Date | From Time | To Date | To Time |
|---|---|---|---|---|
| 4K02 | 06/26/2007 | 06:19 | 06/26/2007 | 06:19 |

| Officer | Assignment | Entered by | Assignment |
|---|---|---|---|
| F86429/FUENTES, RAYMOND L | PATROL OFFICER | V86688 | PATROL OFFICER |

| RMS Transfer | Transit ID | Org Nature of Call | CTV | Approving Officer |
|---|---|---|---|---|
| Successful | NONE | SS | County of New York | R86170 |

| Approval Date | Approval Time |
|---|---|
| 06/26/2007 | 11:03:20 |

NYSPIN CK MADE-NO HIT
Yes

| # Offenses | Offense | | | | Description | Complaint Type | AC | Use | Bias | Loc |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NY PL 240.20 | 02 | 0V0 | | DIS/CON: UNREASONABLE | | C | 0 | 77 | 06 |

| #Pr | MOE | Act | Weapon/Force | IBRS | No | Theft Type |
|---|---|---|---|---|---|---|
| | | | | 90C | 1 | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| *PD | 1 | L | PO FUENTES | | | | |
| SUM | 1 | I | RICHARDSON, RICHARD | 384148 | B | M | 03/20/1956 |
| VIC | 1 | S | PSNY | 384149 | | | |
| WIT | 1 | I | CANARA, KATILILU | 384150 | | | |

## Summary Narrative
Report of male subject acting disorderly, summons issued.

| Report Officer | Printed At | |
|---|---|---|
| F86429/FUENTES, RAYMOND L | 09/27/2007 08:06 | Page 1 of 2 |
| Supervisor Signature | | |

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )

VERONICA C. McKENNA, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Manorville, New York.

That on the 21st day of November, 2007, deponent served the within **INITIAL DISCOVERY SRCP 26(a)(1) STATEMENT** upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Richard Richardson
1416 Brooklyn Avenue
Apt. 1A
Brooklyn, New York 11210
718.282.3365

Sabrina Tann, Esq./Katherine Smith, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007

_____
VERONICA C. McKENNA

Sworn to before me this
21st day of November, 2007.

_____
Lois A. Skula
Notary Public, State of New York
Registration No.: 4966255
Qualified in Suffolk County
Commission Expires :May 1, 2010

~~07-CV-762(ARR)~~

| Index No. | Year 20 |
|---|---|

**UNITED STATES DISTRICT COURT**

---

**RICHARD RICHARDSON,**

                                        *Petitioners,*

- *against* -

**NEW YORK CITY; NEW YORK CITY LIRR POLICE COMMAND DISTRICT #4; ALL JOHN DOE OFFICERS; JOHN DOE TOUR COMMAND; OFFICER FUENES, TAX ID 086729 AND OFFICE SGT. SMITH,**

                                        *Respondents.*

---

### Initial Discovery SRCP 26(a)(1) Statement

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

*Attorneys for*

*Office and Post Office Address*
21 East Second Street • Riverhead, NY 11901
631.369.7600 • Fax 631.369.7680
FILE #:_____

---

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a**

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed document(s) is not frivolous nor frivolously presented

...........................................................................

---

Service of a copy of the within                                      is hereby admitted.

Dated,

           Attorney(s) for                                         ...........................................................................

---

Sir: Please take notice
☐ **NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on        20
☐ **NOTICE OF SETTLEMENT**
that an order                       of which the within is a true copy will be presented for
settlement to the HON.                                         one of the judges
of the within named court, at
on                                20      at            M.

                                                                                         *Yours, etc.*

Dated,                                                                   **LEWIS JOHS**
                                                                  Lewis Johs Avallone Aviles, LLP