UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

RICHARD RICHARDSON,                    :

                    Plaintiff,         :              **ORDER**
                                       :        **07 Civ. 7198 (LAK)(MHD)**
          -against-
                                       :

CITY OF NEW YORK et al.,               :

                    Defendants.        :
----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


          It is hereby


          ORDERED that a pretrial conference has been scheduled in the

above-captioned action on **THURSDAY, JANUARY 24, 2008 at 10:00 AM**,

at which time you are directed to appear in Courtroom 17D, 500

Pearl Street, New York, New York 10007-1312. Any requests for

adjournment of this scheduled conference must be in writing, with

copies to all other parties, and must be preceded by reasonable

efforts by the requesting party to obtain the consent of those

parties.




**DATED:   New York, New York**
          **January 16, 2008**

**SO ORDERED.**

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed today to:

Sabrina Tann
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, NY 10007

Richard Richardson, pro se
1416 Brooklyn Avenue, #1A
Brooklyn, NY 11210

Edward George Lukoski
Lewis Johs Avallone Aviles (Riverhead)
21 E. Second Street
Riverhead, NY 11901