UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RICHARD RICHARDSON,

                              Plaintiff,

            -against-

NEW YORK CITY; NEW YORK CITY LIRR POLICE
COMMAND DISTRICT #4; ALL JOHN DOE
OFFICERS; JOHN DOE TOUR COMMAND; OFFICER
FUENES, Tax ID 086729; and OFFICER SMITH

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

Jury Trial Demanded

07 CV 7198 (LAK) (MHD)

        **PLEASE TAKE NOTICE** that **Caryn Rosencrantz**, Assistant Corporation Counsel, is serving as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant CITY OF NEW YORK effective March 13, 2008.

Dated: New York, New York
        March 13, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              Attorney for Defendant City of New York
                              100 Church Street, Room 3-219
                              New York, New York 10007
                              (212) 788-1276

                    By: _____
                           Caryn Rosencrantz (CR 3477)
                           Assistant Corporation Counsel