UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RICHARD RICHARDSON,

                Plaintiff,

                -against-

NEW YORK CITY; NEW YORK CITY
LIRR POLICE COMMAND DISTRICT #4;
ALL JOHN DOE OFFICERS; JOHN DOE
TOUR COMMAND; OFFICER FUENES,
TAXID 086729; AND OFFICER
SGT. SMITH;

                Defendants.

---------------------------------------------------------X

**ANSWER TO PLAINTIFF'S INTERROGATORIES**
07-CIV-7198 (LAK) (MHD)

        Defendants, LIRR, MTA/LIRR POLICE DEPARTMENT, MTA POLICE OFFICER FUENTES AND MTA POLICE OFFICER SGT. SMITH, by their attorneys, LEWIS JOHS AVALLONE AVILES, LLP., respond to plaintiff's Interrogatories dated February 11, 2008 as follows:

    Question #1:     For Tour Commander Fitzpatrick: Do you hate black homeless males and females.

    Answer #1     Investigation has disclosed there was no Tour Commander by the named of Fitzpatrick on duty for the MTA Police Department at the time of the incident.

    Question #2     For Tour Commander Fitzpatrick. Being a Tour Commander do you think you are always right with your decisson you make.

    Answer #2     See Answer to Question #1

Question #3     For Tour Commander Fitzpatrick. Do you have a lot of black and latino friends you hang out with.

Answer #3       See Answer to Question #1.

Question #4     For Sgt. Smith. Do you like your Tour Commander Fitzpatrick and do you have drinks at a bar after work. and talk about how many black you did wrong who are homeless.

Answer #4       As previously indicated there is no Tour Commander Fitzpatrick identified but if there had been Sgt. Smith would have answered No to Question #4.

Question #5     For Officer Sgt. Smith. Why did you tell me you glad I did not drop kick the witness Canala Katililu.

Answer #5       St. Smith denies making any such statement.

Question # 6    For Officer Sgt. Smith. Do you help or give money to the black homeless males and females or you hate them because all of them are on your post Penn Station and it make your fellow office look bad.

Answer #6       The question has nothing to do with this litigation and Sgt. Smith respectfully declines to respond.

Question #7     For Officer Raymond Fuentes. The Summons #4217356225 you gave plaintiff on June 26th 07 for disorderly conduct/unreasonable in which you claim witness Canala Katililu claims I was acting in a disorderly manner and plaintiff was to show up in Court on 8/29/07 and which plaintiff did show. But as an officer and suppose to

|              |                                                                                             |
|--------------|---------------------------------------------------------------------------------------------|
|              | uphold the law. Why you didn't show up in Court. If I did all the things you claim. |
| Answer #7    | Officer Raymond Fuentes did not recall the Court appearance referred to by the plaintiff. |
| Question #8  | For Officer Raymond Fuentes. Is the reason you did not show up in Court is because you found out I was a black Africa American retired correction who was homeless and I was born in this country and witness Canala Katililu was not so you tried to make good on the lie. |
| Answer #8    | No. |
| Question #9  | For Officer Raymond Fuentes. Is it true that Tour Commander Fitzpatrick order you to give me the summons and you never said one word or ask any questions about me to witness Katililu, Canala. |
| Question #10.| For Witness Canala Katilulu. (a) Was you born in this country if not were was you born. (b) Don't you hate american people. (c) Do you always lie and try to bring someone down who is better off than you. |

Answer #10.   Witness Canala Katilulu is an independent party not represented by the undersigned and no answers can be provided to questions proffered to him.

Dated: Riverhead, New York
March 13, 2008

                                   Yours, etc.

                                   LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
NEW YORK CITY LIRR POLICE COMMAND
DISTRICT #4, ALL JOHN DOE OFFICERS, JOHN
DOE TOUR COMMAND, OFFICER FUENES,
TAX ID 086729, AND OFFICER SGT. SMITH
21 East Second Street
Riverhead, New York 11901
631.369.7600

By: _____
     Edward G. Lukoski (EL-7845)

TO:

Richard Richardson
1416 Brooklyn Avenue
Apt. 1A
Brooklyn, New York 11210
718.282.3365

Sabrina Tann, Esq./Katherine Smith, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )

VERONICA C. McKENNA, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in Manorville, New York.

That on the 14TH day of March, 2008, deponent served the within **ANSWER TO PLAINTIFF'S INTERROGATORIES** upon the attorneys below set forth representing the parties, as indicated, at the addresses shown, said addresses being designated by said attorneys for that purpose, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

Richard Richardson
1416 Brooklyn Avenue
Apt. 1A
Brooklyn, New York 11210
718.282.3365

Sabrina Tann, Esq./Katherine Smith, Esq.
Assistant Corporation Counsel
Special Federal Litigation Division
100 Church Street
New York, New York 10007

_____
VERONICA C. McKENNA

Sworn to before me this
14th day of March, 2008.

_____
Lois A. Skula
Notary Public, State of New York
Registration No.: 4966255
Qualified in Suffolk County
Commission Expires :May 1, 2010

LEWIS JOHS
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

---

07-CV-762(ARR)

**Index No.**  Year 20
**UNITED STATES DISTRICT COURT**

**RICHARD RICHARDSON,**

*Petitioners,*

*- against -*

**NEW YORK CITY; NEW YORK CITY LIRR POLICE COMMAND DISTRICT #4; ALL JOHN DOE OFFICERS; JOHN DOE TOUR COMMAND; OFFICER FUENES, TAX ID 086729 AND OFFICE SGT. SMITH,**

*Respondents.*

---

### Answer to Plaintiff's Interrogatories

---

**LEWIS JOHS**
Lewis Johs Avallone Aviles, LLP
Counsellors at Law

*Attorneys for*

Office and Post Office Address
21 East Second Street • Riverhead, NY 11901
631.369.7600 • Fax 631.369.7680
FILE #:_____

---

**CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. § 130-1.1a**

The undersigned hereby certifies that, pursuant to 22 N.Y.C.R.R. § 130-1.1a, the contentions contained in the annexed document(s) is not frivolous nor frivolously presented

..................................................................

---

Service of a copy of the within                                                                          is hereby admitted.

Dated,

Attorney(s) for
..................................................................

---

Sir: Please take notice
☐ **NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                                    20
☐ **NOTICE OF SETTLEMENT**
that an order                                           of which the within is a true copy will be presented for
settlement to the HON.                                                                                  one of the judges
of the within named court, at
on                                       20            at                M.

Dated,                                                                                         Yours, etc.

LEWIS JOHS