USDC SDNY
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08



ENDORSED ORDER

Application denied.

/s/ MHD USMJ
3/17/08

MICHAEL A. CARDOZO
Corporation Counsel

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CARYN ROSENCRANTZ
Phone: (212) 788-1276
Fax: (212) 788-9776
crosencr@law.nyc.gov

March 14, 2008

**BY FACSIMILE**
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: 212-805-7928

    Re:    Richard Richardson v. City of New York, et al., 07 CV 7198 (LAK) (MHD)[1]

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter. Defendants Metropolitan Transposition Authority Police Officer Fuenes and Sergeant Smith and Defendant City are scheduled to take plaintiff's deposition on Wednesday, March 19, 2008 at 11:30 a.m. Katherine Smith, the Assistant Corporation Counsel who is handling this matter under my supervision, is submitting her petition for admission to the United States District Court for the Southern District of New York and will thereafter be awaiting a date for her swearing-in ceremony. However, she will not yet have been formally admitted by the March 19, 2008 deposition of Richard Richardson.

    Accordingly, defendant respectfully requests permission from the Court for Ms. Smith to take plaintiff's deposition on behalf of defendant City on March 19, 2008 under my supervision.

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under the supervision of ACC Caryn Rosencrantz. Ms. Smith may be reached directly at (212) 513-0462.

Thank you for your consideration herein.

Respectfully submitted,

Caryn Rosencrantz (CR 3477)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Richard Richardson
      *Pro se* Plaintiff
      1416 Brooklyn Avenue, #1A
      Brooklyn, New York 11210
      (By First Class Mail)

      Edward George Lukoski
      Lewis Johs Avallone Aviles (Riverhead)
      Attorney for Defendants Metropolitan Transposition Authority Police Officer Fuenes and Police Officer Sgt. Smith
      21 E Second Street
      Riverhead, NY 11901
      Fax: (631)-369-7680
      (By Facsimile)