# LEWIS JOHS
**Lewis Johs Avallone Aviles, LLP**

Counsellors at Law

April 16, 2008

DATE FILED: 4/16/08

APR 16 2008

Via Facsimile 212.805.7928

Hon. Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Richard Richardson v. The City of New York, et al.**
**07 CV 7198 (LAK) (MHD)**
**LJAA File No.: 133-1023**

Dear Magistrate Judge Dolinger:

I respectfully request an extension of time to serve a dispositive motion on behalf of the MTA defendants up to and including May 15, 2008.

Your original scheduling order dated November 13, 2007 required that dispositive motions be served by April 15, 2008.

I have spoken with Richard Richardson, plaintiff pro se, and he has consented to my request for additional time.

Respectfully submitted,

Edward G. Lukoski - EL 7845
**Riverhead Office**
eglukoski@lewisjohs.com
EGL/vcm

cc: Richard Richardson
Plaintiff Pro Se
1416 Brooklyn Avenue
#1A
Brooklyn, New York 11210

ENDORSED ORDER

In the absence of any explanation, and thus less justification, this untimely request for an extension is denied. The parties are to submit a joint pretrial order by May 34, 2008. Defendants' attorney is to arrange for the preparation of receipt by plaintiff of this letter [...]

Robert J. Avallone
Deborah A. Aviles
Michael T. Colavecchio
Thomas J. Dargan
Robert W. Doyle, Jr.
Frederick C. Johs
Jason T. Katz
Michael G. Kruzynski
William J. Lewis
Eileen H. Libutti
Jeffrey M. Pincus
F. Sean Rooney
Marcy D. Sheinwold

Patrick Aurilia
Erika A. Bordan
Claudia L. Boyd
Anne M. Bracken
Meredith E. Canniff
Mara E. Cella
Christine A. Champey
Lawrence J. Freeze
Erica K. Fugelsang
Jennifer C. Friedrich
Jill A. Greenberg
Brian J. Greenwood
Christine B. Hickey
Tara M. Higgins
John E. Horan
Jessica Klotz
Theresa Scotto-Lavino
Erin M. Lawrence
Judith N. Littman
Daniel W. McCally
Michael Milchan
Robert Modica
Greg M. Mondelli
James F. Murphy
Joseph M. Nador
CindyAnn Ross
John B. Saville
Matthew D. Shwom
Adam H. Silverstone
Stacey E. Steinberg
Patrick G. Toner
Rebecca K. Vainder
Tina R. Zerilli

*Counsel*
Mark R. Aledort
Daniel A. Barcoldus
Marvin J. Bellovin
Brian Brown
Robert J. Cimino
Elizabeth A. Fitzpatrick
Edward G. Lukoski
John F. Morrison
David B. Pevney
Ellen N. Savino
Milton Thurm

21 East Second Street, Riverhead, NY 11901   631.369.7600   Fax 631.369.7680   www.lewisjohs.com

New York   Melville   Riverhead

claims, factual contentions, witnesses, and exhibits.