UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Richardson
Plaintiff
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 7198 (LAK)(MHD)

-against-

New York city, New York LTD Police command District #4 all John Doe officer's John DcTour commander officer Fuenes, Tax ID 086729 and officer SGT Smith
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

1. Name of applicant. Richard Richardson

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   BECAUSE I have a strong case and if I could win the one million I ask is ok and no less than one hundren Thous dollars

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   No steps has been TAken Because I Represent my self as an pro SE

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   English only

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 01-24-08

Signature: Richardson R.

Rev. 05/2007

ENDORSED ORDER

This application is denied without prejudice to renewal on a proper showing. Plaintiff fails to demonstrate a likelihood of potential merit (or indeed any potential merit). He / they has made no effort to obtain pro bono counsel on his own.

5/8/08