UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RICHARD RICHARDSON,

              Plaintiff,

-against-

NEW YORK CITY; NEW YORK CITY
LIRR POLICE COMMAND DISTRICT #4;
ALL JOHN DOE OFFICERS; JOHN DOE
TOUR COMMAND; OFFICER FUENES,
TAXID 086729; AND OFFICER
SGT. SMITH;

              Defendants.

----------------------------------------------------------X

**PRE TRIAL ORDER**

07 CIV. 7198 (LAK) (MHD)

I. <u>Trial Counsel</u>

Richard Richardson , Plaintiff Pro Se, 1416 Brooklyn Avenue, Apt. 1A, Brooklyn, New York 11210. Telephone No.: 347.742.1445.

Edward G. Lukoski, Esq., Lewis Johs Avallone Aviles, LLP., 21 East Second Street, Riverhead, New York 11901. Telephone No.: 631.369.7600, Fax No.: 631.369.7680.

II. <u>Subject Matter Jurisdiction</u>

The parties do not contest that the Court has subject matter jurisdiction of the controversy.

III <u>Claims and Defenses</u>

    (A)    <u>Plaintiff's claims</u>. The plaintiff claims that on June 26, 2007 at approximately 5:00 a.m. he bought an orange soda from the Hudson

1

Newstand at Penn Station, lower level, between 7th and 8th Avenue, 33rd and 34th Street. Plaintiff claims that he was accused of not paying for the soda by the delicatessen/bagel shop also located in the same area as the Hudson Newstand. He claims he was then accused by a male worker at the Hot Crusty shop and the MTA Police District #4 detained for the plaintiff for no reason and gave a summons number 4217356225 for disorderly conduct. No one from the MTA Police showed up at the Court date on August 28, 2007.

(B) <u>Defendants' Claims</u>. The MTA defendants claim that on June 26, 2007, the manager of Hot and Crusty, Canala Katililu notified MTA Police Officer Fuentes that plaintiff was acting in a disorderly manner. MTA Police Officer Fuentes brought the plaintiff to the Police Station in Penn Station and, after investigation, issued a disorderly conduct summons returnable in Manhattan Criminal Court on August 29, 2007.

The MTA defendants claim they acted with probable cause for the arrest pursuant to New York State Penal Law §240.20 and did not utilize any excessive force.

IV    The plaintiff requests a jury trial and further requests four trial days.

V     The parties have consented to a trial by Magistrate Judge Dolinger.

VI    The parties have not reached any stipulations or agreed statements of fact or law.

VII   <u>Plaintiff's witnesses</u>: (1) Richard Richardson (2) a female employee from the Hudson Newstand (last name Muntaz)

Defendants' witnesses: (1) MTA Police Officer Fuentes (2) Canala Katililu

All witnesses will testify in person.

VIII   Neither party will offer any deposition testimony in its case in chief.

IX   Exhibits

(a)   Plaintiff's Exhibits. None listed.

(b)   Defendants' Exhibits. MTA Police Department Incident Report 07-AA43 (2 pages) dated September 27, 2007.** **NOTE** Co-defendant City of New York settled with the plaintiff for $500.00 on or about April 10, 2008.

**NOTE**: Annexed hereto identified as Exhibit "A" is the two page submission of plaintiff pro se mailed to defense counsel which was utilized in formulating this joint Pre-Trial Order.

Dated: Riverhead, New York
May 29, 2008

_____
Magistrate Judge Michael H. Dolinger

_____
Richard Richardson, Plaintiff Pro Se

_____
Edward G. Zukoski (EL-7845)
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendants
NEW YORK CITY LIRR POLICE COMMAND
DISTRICT #4, ALL JOHN DOE OFFICERS, JOHN DOE
TOUR COMMAND, OFFICER FUENES, TAX ID 086729
AND OFFICER SGT. SMITH
21 East Second Street
Riverhead, New York 11901
631.369.7600

Exhibit A

07 CIV 7198 (LAK MHD) 5/15/08

Hon. Michael H. Dolinger
United States Magistrate
Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York
10007-1312

Plaintiff → Richard Richardson
1416 Brooklyn Avenue
Brooklyn, New York
#1A   11210

#1 Brief Summary of Claim.
On June 26th 2007 at approximately 0500 AM Hour I Plaintiff Richard Richardson brought an Orange Soda from the Hudson news Stand #34B from Penn Station lower level Between 7th & 8th Ave 33rd & 34th Street. Plaintiff was accuse of not paying for the Soda by the Delicatessen Bagle Shop also location Same area as Hudson news Stand and then also accuse by an male worker at the Hot crusty Shop and the MTA Police District #4 was detain for no reason by MTA Police and given Summons #4217356225 for Disorderly Conduct (Boislerow) Court Date 8/28/07. No one from MTA Police Show up at all.

#2 Firm name = Richard Richardson Prose
Phone # 347) 742-1445
#3 tried with an Jury.
#4 Need one week for trial or 4 days.
#5 Witnesses → From Hudson news Stand #34B Female Clerk (Mumtaz) India women approx 60 years old. Black hair 2 grade complextion light

PART 2 cont'D
07-CV-7198 LAK MHD]

Plaintiff - Richard Richardson

Skin aproxm - 5'9 / 60 pounds -

Respectfully Submitted
Richard Richardson
5/15/08

cc
Edward G Lukoski
Lewis Johs Avallone Aviles LLP
21 East Second Street Riverhead
NY
11901