```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
RICHARD RICHARDSON,                 :

              Plaintiff,            :      ORDER
                                    :      07 Civ. 7198 (LAK)(MHD)
       -against-
                                    :
CITY OF NEW YORK et al.,            :

              Defendants.           :
-----------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

ORDERED that a conference has been scheduled in the above-captioned action on **TUESDAY, JUNE 17, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        May 30, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Mr. Richard Richardson
1416 Brooklyn Avenue, #1A
Brooklyn, NY 11210

Edward George Lukoski, Esq.
Lewis Johs Avallone Aviles (Riverhead)
21 E. Second Street
Riverhead, NY 11901