DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Richard Richardson
                  Plaintiff(s),

- against -

New York City et al.
                  Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 7198 (LAK)(MHD)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s)
Address 1416 Broo[...] Ave, Brooklyn NY
Telephone 347) 742-1415

Attorney(s) for Defendant(s) MTA Defendants
Lewis Johs Avallone & Aviles
Address 21 E. 2nd St. Riverhead NY 11901
Telephone 631-369-9600

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED.

_____ U.S.D.J.  7/28/08

Magistrate Judge _____ was assigned this case on _____ .

For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99