```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RICHARD RICHARDSON,                 :

            Plaintiff,              :     ORDER
                                    :     07 Civ. 7198 (LAK)(MHD)
       -against-
                                    :

CITY OF NEW YORK et al.,            :

            Defendants.             :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial conference having been held with plaintiff and counsel for defendants today,

It is hereby **ORDERED** as follows:

1. The parties are to submit proposed voir dire, requests to charge, and any motions to exclude evidence by **TUESDAY, SEPTEMBER 23, 2008**.

2. Trial will commence on **MONDAY, NOVEMBER 3, 2008 at 10:00 AM**, in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312.

DATED:  New York, New York
        September 9, 2008

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed today to:

Mr. Richard Richardson
1416 Brooklyn Avenue, #1A
Brooklyn, NY 11210

Edward George Lukoski, Esq.
Lewis Johs Avallone Aviles (Riverhead)
21 E. Second Street
Riverhead, NY 11901